# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR NICOLA NEGRETE, II, | CASE NO. 1:08-cv-01284-YNP PC |
| Plaintiff, | ORDER |
| v. | (Doc. 15) |
| DERRAL G. ADAMS, et al., | |
| Defendants. | |

Plaintiff Salvador Nicola Negrete, II ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 12, 2009, Plaintiff filed an "application for certificate of appealability" pursuant to Federal Rule of Appellate Procedure 22. (Doc. #15.) Federal Rule of Appellate Procedure 22 only applies to habeas corpus proceedings. It is not necessary to receive a certificate of appealability in a section 1983 action. The Court notes that Plaintiff's appeal was denied by the Ninth Circuit on September 16, 2009. (Doc. #19.)

Accordingly, it is HEREBY ORDERED that Plaintiff's application is DENIED.

IT IS SO ORDERED.

**Dated:   March 1, 2010**            /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE